UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Eric Carlson, | ) | Civil Action No. 09-3527 (PAM/JSM) |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER TO DISMISS** |
| Tenneco Inc. and Tenneco Marzocchi U.S.A., corporations, | ) ) ) ) | |
| Defendants. | ) | |

Upon the filing of the Stipulation for Dismissal executed by the parties,

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action be and the same is hereby dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December  14,  2010         BY THE COURT:

                                                    s/Paul A. Magnuson
                                                 The Honorable Paul A. Magnuson
                                                 United States District Court Judge